```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF GEORGIA
                      ATLANTA DIVISION
```

UNITED STATES OF AMERICA,        *
                                 *
    Plaintiff,                   *
                                 *   CIVIL ACTION
        v.                       *
                                 *   NO. 1:08-CV-0113-CC
$33,330.00 IN UNITED STATES      *
CURRENCY and TEN PIECES OF       *
JEWELRY VALUED AT $27,750.00,    *
                                 *
    Defendants.                  *

### PLAINTIFF'S REQUEST TO CLAIMANT TONY KAYODE AYOOLA FOR FILING OF ORIGINAL DISCOVERY

COMES NOW the United States of America, Plaintiff in the above-styled civil action, pursuant to LR 5.4(B)(1), NDGa., and hereby requests that Claimant Tony Kayode Ayoola file the following original discovery for the Court's use in ruling on Plaintiff's Motion for Summary Judgment:

1. Deposition of John M. Davis, which was taken on July 1, 2009:

2. Original Exhibits 1-7 to Deposition of John M. Davis;

3. Deposition of Alec Settle, which was taken on July 1, 2009;

4. Deposition of Brian Ballard, which was taken on July 2, 2009:

5. Original Exhibits 1-2, 5-6, and 8 to Deposition of Brian Ballard;

6. Deposition of Jason Foster, which was taken on July 2, 2009;

7. Original Exhibits 1-3, 5, and 8 to Deposition of Jason

        Foster; and

8.    Deposition of Jody Turnipseed, which was taken on July 2, 2009.

This 18th day of September, 2009.

                                Respectfully Submitted,

                                SALLY QUILLIAN YATES
                                ACTING UNITED STATES ATTORNEY

                                /s/ Michael J. Brown
                                MICHAEL JOHN BROWN
                                ASSISTANT UNITED STATES ATTORNEY
                                Georgia Bar Number 064437

600 UNITED STATES COURTHOUSE
75 SPRING STREET, S.W.
ATLANTA, GA   30303
Telephone:  (404) 581-6000
Fax: (404) 581-6181

**CERTIFICATE OF SERVICE**

I hereby certify that I have prepared the foregoing **PLAINTIFF'S REQUEST TO CLAIMANT TONY KAYODE AYOOLA FOR FILING OF ORIGINAL DISCOVERY** in compliance with Local Rule 5.1, NDGa., using Courier New 12 point type and have this day electronically filed the document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Bruce Morriss
Daniel Shim

This 18th day of September, 2009.

/s/ Michael J. Brown
MICHAEL JOHN BROWN
ASSISTANT U.S. ATTORNEY
Georgia Bar No. 064437